176 WEST 87TH STREET CORPORATION v. FREDERICK FLEISCHMAN.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FRANCIS L. KOHLMAN and Others, as Receivers, v. ROYAL INSURANCE COMPANY, LTD.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MORNINGSIDE ART EMBROIDERY, INC., v. MAURICE ANTKIES and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PRESSPRICH & SON COMPANY v. NEMOURS TRADING CORPORATION.— Motion for leave to appeal granted; question certified. Motion for reargument denied. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY KIPNIS v. JOSEPH McCANN, Acting Warden, etc.— Motion denied as unnecessary, the relator having a right of appeal under section 519, subdivision 3, and section 520 of the Code of Criminal Procedure, and no security being necessary to perfect the appeal. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FREDERICK W. LINCOLN and Others v. THE R. R. APPLETON COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

C. OTOH & COMPANY, LTD., v. BOYER OIL COMPANY, INC.— Motion denied, with ten dollars costs. Present — Clark, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BRIDGET MORRIS v. JOHN T. SHEEHAN, as Ancillary Executor, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES J. HYMAN v. PRESS PUBLISHING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of ISABELLA JORDAN, etc. (SEVENTH AVENUE EXTENSION).— Motion granted; question certified. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

NORMAN FORBES ROBERTSON v. CHARLES FROHMAN, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CASOLARO PAINTING AND DECORATING COMPANY v. PATERNO CONSTRUCTION COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PETER DIAMOND (Amended to Read EMANUEL · RITZOS).— Motion denied. The order of this court [199 App. Div. 497] reversed the order below and granted a final order in a civil proceeding *in rem* under section 802-b of the Code of Criminal Procedure,* and no leave to appeal therefrom is required. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

---

* Added by Laws of 1921, chap. 156. See Liquor Tax Law, § 33, as amd. by Laws of 1920, chap. 911; repealed by Laws of 1921, chap. 155, § 2.—[REP.